UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,

v.

MICHAEL ANTHONY DUPRE LUCARELLI,

                Defendant.

Case No. 14-6933 (NRB)
ECF Case

---

### NOTICE OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

The Securities and Exchange Commission having filed a Complaint, Defendant Michael Lucarelli having consented on October 16, 2014, to the entry of a Judgment enjoining him from violating, directly or indirectly, Section 17(a) of the Securities Act of 1933 [15 U.S.C. § 77q(a)], Sections 10(b) and 14(e) of the Securities Exchange Act of 1934 ("Exchange Act") [15 U.S.C. §§ 78j(b), 78n(e)], and Rule 10b-5 promulgated thereunder [17 C.F.R. § 240.10b-5]; and the Court having entered such Judgment on October 23, 2014, Plaintiff the Securities and Exchange Commission hereby gives notice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), that the remaining claims for disgorgement of ill-gotten gains, prejudgment interest thereon, and a civil penalty pursuant to Section 21A of the Exchange Act [15 U.S.C. § 78u-1] against Defendant in the above-captioned action are voluntarily dismissed, without prejudice.

Dated: New York, New York
       March 18, 2015

_____
Jorge G. Tenreiro
Securities and Exchange Commission
200 Vesey Street, Suite 400
New York, New York 10281
(212) 336-9145
Attorney for the Plaintiff